IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| THOMAS FOSTER, | § |
| | § |
|     *Plaintiffs*, | § |
| | § |
| v. | §   CIVIL ACTION NO. 5:22-CV-00125 |
| | § |
| ALLSTATE TEXAS LLOYD'S, INC., | §   JURY |
| | § |
|     *Defendant*. | § |
| | § |
| | § |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Thomas Foster ("Plaintiff") and Defendant Allstate Texas Lloyd's, Inc. ("Defendant") file this Agreed Motion for Dismissal with Prejudice and would respectfully show the Court the following:

**I.**

Plaintiff and Defendant, through their counsel of record, announce to the Court that all matters in controversy between them have been fully and finally resolved. Plaintiff no longer desires to prosecute this suit against Defendant.

**II.**

Plaintiff and Defendant move this Court to dismiss this case with prejudice, with costs to be taxed against the party incurring same.

WHEREFORE, Plaintiff and Defendant respectfully request the Court enter their proposed Agreed Order of Dismissal with Prejudice as to Plaintiff's right to refile this action against Defendant.

Respectfully submitted,

*/s/J.Michael Smith w/Permission*

J. Michael Smith
Texas State Bar No. 18630500
msmith@smithweber.com
SMITH WEBER, L.L.P.
5505 Plaza Drive
Texarkana, Texas 75503
Telephone:      (903) 223-5656
Facsimile:       (903) 223-5652

**ATTORNEY FOR PLAINTIFF
THOMAS FOSTER**

And

*/s/ Tiffany A. Au*
Roger D. Higgins
State Bar No. 09601500
rhiggins@thompsoncoe.com
Tiffany A. Au
State Bar No. 24075842
tau@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:      (214) 871-8200
Facsimile:       (214) 871-8209

**COUNSEL FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S INC.**

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 3rd day of November, 2022, a true and correct copy of the foregoing was delivered to the following counsel of record via e-service:

J. Michael Smith
Smith Weber, L.L.P.
5505 Plaza Dr.
Texarkana, TX  75503
Email: msmith@smithweber.com
Fax: 903-223-5652
Phone: 903-223-5656

                                              */s/ Tiffany A. Au*
                                              **TIFFANY A. AU**