**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| THOMAS FOSTER, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>ALLSTATE TEXAS LLOYD'S INC., §<br>§<br>Defendant. § | CIVIL ACTION NO.  5:22-CV-00125-RWS |

**<u>ORDER</u>**

Before the Court is the parties' Agreed Motion for Dismissal with Prejudice.  Docket No. 9.  Under Federal Rule of Civil Procedure 41, a plaintiff may voluntarily dismiss an action by filing a stipulation of dismissal.  FED. R. CIV. P. 41(a)(1)(A)(ii).  Having reviewed the motion, and because it is stipulated to by the parties, the motion is **GRANTED**.  Accordingly, it is

**ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**.  The parties shall bear their own costs and fees.  All pending motions are **DENIED-AS-MOOT**.

The Clerk of the Court is directed to close the case.

It is so **ORDERED**.

**SIGNED this 7th day of November, 2022.**

_Robert W Schroeder III_
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE